FILED

July 29, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002815023

10

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

Re:

REESE RALPH PITKIN,                    )        CASE NO. 09-41838 B13
                                       )
                                       )
TAMMY LYNN PITKIN                      )        **NOTICE OF FILED CLAIMS**
                                       )
                                       )
            Debtor(s)                  )

In accordance with the General Order No. 05-03, dated October 28, 2005, Jan P. Johnson, Chapter 13 Trustee has compiled a list of filed claims in the above referenced case. The following information regarding claim objections and plan modifications is from Paragraph 6 of the General Order.

(a) Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim. If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after plan confirmation.

(c) Objections to claims shall be filed and served no
    later than 60 calendar days after service of the
    Notice of Filed Claims. The debtor shall set a
    hearing on any objection pursuant to Local Bankruptcy
    Rule 3007-1(d)(1) or (d)(2) on the earliest available
    court date.

(d) Nothing herein shall prevent the debtor, the Trustee,
    or any other party in interest from objecting to a
    proof of claim after the expiration of the deadline
    for objections specified in subparagraph (c) above.
    However, any objection filed after the expiration of
    that deadline shall not, if sustained, result in any
    order that the claimant refund amounts paid on
    account of its claim.

(e) If a creditor fails to file a proof of claim within
    the time required by FRBP 3002(c) or section 502, the
    debtor or the Trustee may file a proof of claim on
    behalf of the creditor pursuant to FRBP 3004. The
    time for the filing of such a claim is extended to 60
    calendar days after service on the debtor or his
    counsel of the Notice of Filed Claims.

(f) If the Notice of Filed Claims includes allowed claims
    which are not provided for in the chapter 13 plan, or
    which will prevent the chapter 13 plan from being
    completed timely, the debtor shall file a motion to
    modify the chapter 13 plan, along with any valuation
    and section 522(f) motions not previously filed, in
    order to reconcile the chapter 13 plan and the filed
    claims with the requirements of the Bankruptcy Code.
    These motions shall be filed and served no later than
    90 calendar days after service by the Trustee of the
    Notice of Filed Claims and set for hearing by the
    debtor on the earliest available court date.

(g) Nothing herein shall prevent the debtor, the Trustee,
    or the holder of an allowed unsecured claim from
    requesting plan modifications at other times.

(h) If the court enters an order valuing a creditor's
    collateral and the creditor has filed or later files
    a proof of a secured claim in an amount greater than
    the value established for the collateral, the allowed
    secured claim shall be the value of the collateral
    determined by the court. It is unnecessary for the

Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(i) If the court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim which identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

Claim information provided is based on the last day to file claims pursuant to Bankruptcy Rule 3002 and the deadline for government units having passed.

| | |
|---|---|
| Petition filing date or conversion date | 10/08/2009 |
| Initial 341 date | 11/12/2009 |
| Confirmation date | 12/09/2009 |
| | |
| Claims bar date | **02/10/2010** |
| Government claims bar date | **04/06/2010** |
| | |
| Deadline to object to or file claims for | 09/27/2010 |
| Deadline to modify plan per filed claims | 10/27/2010 |

The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates. Debtor(s) or Debtor's attorney should review the court file and calculate the relevant dates for purposes of determining timely filed claims, objections to claims or motions to modify as required by the Rules of Bankruptcy Procedure and/or Local Rules, and the General Order governing Chapter 13 matters.

The following report contains information regarding filed claims and their treatment through the Chapter 13 Plan. Information is characterized as follows:

| | |
|---|---|
| Scheduled | Amount of the debt scheduled in the petition |
| Filed | Amount of the debt according to the filed claim |
| Provided for | Amount of the claim provided in the plan |
| Not Provided for | Amount of the filed claim not treated in the plan |
| % to Pay | Amount based on Plan estimates and may vary |

Any amounts appearing in "Not Provided for" will not be paid by the Trustee's office unless the plan is modified. A "Not Provided for" amount may not be subject to discharge.

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

```
     All scheduled debts are included in the following report. If a
scheduled creditor has not filed a claim, it is indicated by the
phrase "NO CLAIM FILED ON BEHALF OF THIS CREDITOR". If the plan
provides for a debt to be paid directly by Debtor(s), it is
indicated by the phrase "PLAN PROVIDES FOR PAYMENT OF THIS CLAIM
OUTSIDE THE PLAN". If the plan provides for the surrender of
collateral to a creditor, it is indicated by the phrase "PLAN
PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR".
```

Dated:  7/29/2010                              /s/ Jan P. Johnson
                                        _____

                                               Jan P. Johnson
                                             Chapter 13  Trustee

**Claim No: 15**   CAPITAL ONE BANK
P O BOX 71083
CHARLOTTE, NC 28272-1083

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $4,953.00 | Date Filed: | 01/13/2010 |
| Filed: | $6,640.85 | Value: | $0.00 |
| Provided for: | $6,640.85 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | |

**Claim No: 2**   EMC MORTGAGE CORPORATION
3415 VISION DRIVE
OH4-7119
COLUMBUS, OH 75432

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | 12/29/2009 |
| Filed: | $42,748.50 | Value: | $0.00 |
| Provided for: | $42,748.50 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | +/2DT/UNSEC PER ORD |

**Claim No: 3**   HSBC
PO BOX 97280
PORTLAND, OR 97280

Class:   UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $2,121.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 5**   LITTON LOAN SERVICING LP
P O BOX 4387
HOUSTON, TX 77210

Class:   ONGOING MORTGAGE

| | | | |
|---|---|---|---|
| Scheduled: | $166,399.00 | Date Filed: | 11/23/2009 |
| Filed: | $175,128.96 | Value: | $0.00 |
| | | Note: | DT |

**Claim No: 12**   LITTON LOAN SERVICING LP
P O BOX 4387
HOUSTON, TX 77210

Class:   SECURED - MTG ARREARS

| | | | |
|---|---|---|---|
| Scheduled: | $7,002.00 | Date Filed: | 11/23/2009 |
| Filed: | $8,449.67 | Value: | $0.00 |
| Provided for: | $8,449.67 | % to Pay: | 100.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | DT ARREARS |

**Claim No: 6**   MRS ASSOCIATES INC
1930 OLNEY AVE
CHERRY HILL, NJ 08003

Class:   DUPLICATE CREDITOR

| | | |
|---|---|---|
| Scheduled: | $0.00 | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | |
| Provided for: | | |
| Not Provided for: | | Note:   CAPITOL ONE |

**Claim No: 7**   OPERATING ENGINEERS FEDERAL
CREDIT UNION
PO BOX 5073
LIVERMORE, CA 94551

Class:   SECURED

| | | |
|---|---|---|
| Scheduled: | PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN. | |
| Filed: | | |
| Provided for: | | |
| Not Provided for: | | Note:   08 RV TRAILER |

**Claim No: 13**

OPERATING ENGINEERS FEDERAL
CREDIT UNION
PO BOX 5073
LIVERMORE, CA 94551                    Class:   SECURED

Scheduled:     PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR.
Filed:
Provided for:
Not Provided for:                      Note:       06 POLARIS QUAD

**Claim No: 14**

OPERATING ENGINEERS FEDERAL
CREDIT UNION
PO BOX 5073
LIVERMORE, CA 94551                    Class:   SECURED

Scheduled:     PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR.
Filed:
Provided for:
Not Provided for:                      Note:       06 POLARIS QUAD

**Claim No: 17**

OPERATING ENGINEERS FEDERAL
CREDIT UNION
PO BOX 5073
LIVERMORE, CA 94551                    Class:   UNSECURED - (L)

Scheduled:     $1,535.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                      Note:

**Claim No: 21**

PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
PORTFOLIO RECOVERY ASSOCIATES
NORFOLK, VA 23541                      Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | 01/11/2010 |
| Filed: | $1,934.53 | Value: | $0.00 |
| Provided for: | $1,934.53 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CHASE |

**Claim No: 18**        PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
PORTFOLIO RECOVERY ASSOCIATES
NORFOLK, VA 23541        Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $1,961.00 | Date Filed: | 01/11/2010 |
| Filed: | $2,337.52 | Value: | $0.00 |
| Provided for: | $2,337.52 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CHASE |

**Claim No: 19**        PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
PORTFOLIO RECOVERY ASSOCIATES
NORFOLK, VA 23541        Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $1,865.00 | Date Filed: | 01/11/2010 |
| Filed: | $2,426.02 | Value: | $0.00 |
| Provided for: | $2,426.02 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CHASE |

**Claim No: 9**        RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603        Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $8,974.00 | Date Filed: | 01/20/2010 |
| Filed: | $11,546.25 | Value: | $0.00 |
| Provided for: | $11,546.25 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CHASE |

**Claim No: 1**        RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603        Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $5,322.00 | Date Filed: | 01/20/2010 |
| Filed: | $5,368.88 | Value: | $0.00 |
| Provided for: | $5,368.88 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CHASE |

**Claim No: 16**   ROUNDUP FUNDING LLC
P O BOX 91121
MS 550
SEATTLE, WA 98111-9221          Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $11,231.00 | Date Filed: | 12/17/2010 |
| Filed: | $11,231.15 | Value: | $0.00 |
| Provided for: | $11,231.15 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CAPITAL ONE |

**Claim No: 8**   Wachovia Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341          Class:   SECURED - AUTO

Scheduled:   PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN.
Filed:
Provided for:
Not Provided for:          Note:          06 DODGE 2500

**Claim No: 20**   Washington Mutual
PO Box 660487
Dallas, TX 75266          Class:   UNSECURED - (L)

Scheduled:   $1,440.00
Filed:   NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:          Note:

**Claim No: 4**   WEINSTEIN AND RILEY PS
P O BOX 3978
CANDICA LLC
SEATTLE, WA 98124-3978          Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $4,352.00 | Date Filed: | 12/29/2009 |
| Filed: | $5,136.82 | Value: | $0.00 |
| Provided for: | $5,136.82 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CANDICA |

| 1 | ATTORNEY FEES | | |
|---|---|---|---|
| 2 | JACOBS ANDERSON POTTER CHAPLIN | Amount to be paid through plan: | $1,750.00 |
|   | 20 INDEPENDENCE CIR | Amount paid through plan to date: | $0.00 |
| 3 | CHICO, CA 95973 | | |

**SPECIAL NOTICES**

**Claim No: 1102**
WEINSTEIN AND RILEY PS
2001 WESTERN AVE SUITE 400
CANDICA LLC
SEATTLE, WA 98121

**Claim No: 1100**
LITTON LOAN SERVICING
C/O MCCALLA RAYMER LLC
1544 OLD ALABAMA RD
BANKRUPTCY DEPT
ROSWELL, GA 30076

**Claim No: 1103**
PRA RECEIVABLES MANAGEMENT LLC
P O BOX 41067
PORTFOLIO RECOVERY ASSOCIATES
NORFOLK, VA 23541

**Claim No: 1101**
RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE
SUITE 1120
MIAMI, FL 33131

**Claim No: 1104**
PITE DUNCAN LLP
4375 JUTLAND DR
SUITE 200
SAN DIEGO, CA 92117