

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

In re  Reese Ralph Pitkin and
       Tammy Lynn Pitkin                    ,        Case No.   09-41838

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | Litton Loan Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite #100
West Palm Beach, FL 33409
Phone: 561-682-8000
Last Four Digits of Acct #:  0929

Court Claim # (if known):  4
Amount of Claim:  175128.96
Date Claim Filed:  11/23/2009

Phone:  800-999-8501
Last Four Digits of Acct. #:  6653

Name and Address where transferee payments should be sent (if different from above):

Ocwen Loan Servicing, LLC
P.O. Box 24781
Attn: Cashiering Department
West Palm Beach, FL 33416-4781
Phone: 561-682-8000
Last Four Digits of Acct #: 0929

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ James Cloud                          Date:  10/11/2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I, __James Cloud_____, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on or before this ___12th___ day of __October_____, _2011_ :

Debtors' Attorney
DOUGLAS B. JACOBS
20 INDEPENDENCE CIR
CHICO, CA 95973-0210
530-342-6144

Debtors
REESE RALPH PITKIN
TAMMY LYNN PITKIN
8020 LOS ALTOS DR
LOS MOLINOS, CA 96055-9726

Trustee
JAN P. JOHNSON
PO BOX 1708
SACRAMENTO, CA 95812-1708
916-492-8001

Case Number: 09-41838

/s/James Cloud
James Cloud

NOTICE TO TRANSFER CLAIM